# **EXHIBIT 1**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **PETROBRAS AMERICA, INC.,** § | | Case No. 4:19-cv-1410 |
| § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | | **Removed from the 234th Judicial** |
| § | | **District of Harris County, Texas** |
| **SAMSUNG HEAVY INDUSTRIES** § | | |
| **CO., LTD.,** § | | |
| § | | |
| *Defendant.* § | | **State Cause No. 2019-16153** |

___

### INDEX OF MATTERS BEING FILED
___

As required under Local Rule 81, the following is a list of the documents being filed with the Notice of Removal in this action:

1. The Index of Matters Being Filed;

2. A List of Counsel, including address, telephone numbers, and parties represented; and

3. Copies of State Court Pleadings;

    a. Copy of the State Court Docket Sheet;

    b. Certified Copy of Plaintiff's Original Petition; and

    c. Certified Copy of executed process.

4. Declaration of Dongwan Kang Pursuant to 28 U.S.C. § 1746.

The state court has not signed any order in this case.