**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **PETROBRAS AMERICA, INC.,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | **Case No. 4:19-cv-1410** |
| | § | |
| **SAMSUNG HEAVY INDUSTRIES** | § | |
| **CO., LTD.,** | § | |
| | § | |
| ***Defendant.*** | § | |

---

**DEFENDANT SAMSUNG HEAVY INDUSTRIES, CO. LTD.'S CORPORATE DISCLOSURE STATEMENT**

---

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Samsung Heavy Industries, Co., Ltd., through its undersigned counsel, certifies that it does not have a parent corporation and that Samsung Electronics Co., Ltd. is the only publicly held company that owns 10% or more of Samsung Heavy Industries Co., Ltd.

Dated: May 29, 2019

Respectfully submitted,

/s/ *Christopher M. Odell*

**Christopher M. Odell**
Texas Bar No. 24037205
S.D. Tex. Bar No. 33677
ARNOLD & PORTER KAYE SCHOLER LLP
700 Louisiana Street, Suite 4000
Houston, TX 77002-2755
Tel: 713-576-2400
Fax: 713-576-2499
christopher.odell@arnoldporter.com

**Soo-Mi Rhee***
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Tel: 202-942-5000
Fax: 202-942-5999
soo-mi.rhee@arnoldporter.com

**Marcus A. Asner***
**Daniel R. Bernstein***
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Tel: 212-836-8000
Fax: 212-836-8689
marcus.asner@arnoldporter.com
daniel.bernstein@arnoldporter.com

*Motion for admission *pro hac vice* to be filed

**COUNSEL FOR DEFENDANT**
**SAMSUNG HEAVY INDUSTRIES CO., LTD.**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2019, the foregoing document was electronically filed with the Clerk of Court using CM/ECF. I also certify that, on May 29, 2019, the foregoing document is being served on the following counsel of record by email:

Eric J. Cassidy
CURTIS, MALLET-PREVOST, COLT & MOSLE LLP
Bank of America Center
700 Louisiana, Suite 3950
Houston, Texas 77002
(832) 331-6778
ecassidy@gcfirm.com

*Counsel for Plaintiff*
*Petrobras America, Inc.*

/s/ *Christopher M. Odell*
Christopher M. Odell