**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| PETROBRAS AMERICA, INC., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **Case No. 4:19-cv-01410** |
| | § | |
| SAMSUNG HEAVY INDUSTRIES | § | |
| CO., LTD., | § | |
| | § | |
| *Defendant.* | § | |

**PLAINTIFF PETROBRAS AMERICA, INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Petrobras America, Inc., through its undersigned counsel, states that its ultimate parent company is Petroleo Brasileiro S.A – Petrobras, shares of which are publicly traded.

Dated: June 3, 2019
Houston, Texas

Respectfully submitted,

By: /s/ Eric J. Cassidy
Eric J. Cassidy
Tex. Bar No. 24031807
CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP
2 Houston Center
909 Fannin Street, Suite 3800
Houston, Texas 77002
Tel. (713) 759-9555
ecassidy@curtis.com

Jonathan J. Walsh (*pro hac vice*)
Samuel Ballard (*pro hac vice*)
CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178
jwalsh@curtis.com
sballard@curtis.com

***Attorneys for Plaintiff Petrobras America, Inc.***