United States District Court
Southern District of Texas
**ENTERED**
June 19, 2019
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| PETROBRAS AMERICA, INC., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **Case No. 4:19-cv-01410** |
| | § | |
| SAMSUNG HEAVY INDUSTRIES CO., LTD., | § | |
| | § | |
| | § | |
| *Defendant.* | § | |

**ORDER GRANTING PLAINTIFF PETROBRAS AMERICA, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE THE AMENDED COMPLAINT**

On this date, the Court considered Plaintiff Petrobras America, Inc.'s ("Petrobras") Unopposed Motion for Extension of Time to File the Amended Complaint.

The Motion is GRANTED.

Petrobras must file its amended complaint on or before July 12, 2019.

Date: June 19, 2019.

Lee H. Rosenthal

District Court Judge
United Stated District Court for the Southern District of Texas