United States District Court
Southern District of Texas
**ENTERED**
December 16, 2019
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **PETROBRAS AMERICA, INC.,** | § | **Case No. 4:19-cv-01410** |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **SAMSUNG HEAVY INDUSTRIES** | § | |
| **CO., LTD.,** | § | |
| | § | |
| ***Defendant.*** | § | |

---

**ORDER ON DEFENDANT SAMSUNG HEAVY INDUSTRIES CO., LTD.'S UNOPPOSED MOTION TO CLOSE THE COURTROOM DURING THE ORAL ARGUMENT ON DEFENDANT'S RENEWED MOTION TO DISMISS AND TO SEAL THE HEARING TRANSCRIPT**

---

On this day, the Court considered Defendant Samsung Heavy Industries Co., Ltd.'s Unopposed Motion to Close the Courtroom During the Oral Argument on Defendant's Renewed Motion to Dismiss and to Seal the Hearing Transcript. After considering the Motion, the Court finds that it is well taken and should be granted.

It is therefore ORDERED that the courtroom shall be closed to the public at the parties' December 17, 2019 hearing on Defendant's Renewed Motion to Dismiss and that the transcript of the December 17, 2019 hearing shall be sealed.

So ORDERED and SIGNED this 13th day of December, 2019.

Honorable Lee Rosenthal
United States District Court Judge