United States District Court
Southern District of Texas
**ENTERED**
June 19, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PETROBRAS AMERICA, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-19-1410 |
| | § | |
| SAMSUNG HEAVY INDUSTRIES CO., LTD., | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

For the reasons stated in the accompanying memorandum and opinion, Samsung's motion to dismiss Petrobras's second amended complaint, (Docket Entry No. 52), is granted. The case is dismissed with prejudice.

SIGNED on June 19, 2020, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge