**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| PETROBRAS AMERICA, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | **Case No. 4:19-cv-01410** |
| | § | |
| SAMSUNG HEAVY INDUSTRIES CO., LTD., | § | |
| | § | |
| | § | |
| *Defendant*. | § | |

**NOTICE OF APPEAL
BY PLAINTIFF PETROBRAS AMERICA, INC.**

Notice is hereby given that Petrobras America, Inc., plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Order of Dismissmal (Docket Entry No. 65) entered in this action on the 19th day of June 2020.

Dated: June 25, 2020
Houston, Texas

CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP

By: /s/ Eric J. Cassidy

Eric J. Cassidy
Tex. Bar No. 24031807
S.D. Bar No. 30001
2 Houston Center
909 Fannin Street, Suite 3800
Houston, Texas 77010
Tel. 832-331-6778
ecassidy@curtis.com

Jonathan J. Walsh (*pro hac vice*)
Samuel Ballard (*pro hac vice*)
101 Park Avenue
New York, New York 10178
Tel. 212-696-6000
jwalsh@curtis.com
sballard@curtis.com

*Attorneys for Plaintiff Petrobras America, Inc.*

## CERTIFICATE OF SERVICE

I certify that this document was filed pursuant to the electronic filing requirements of the U.S. District Court, Southern District of Texas, on June 25, 2020, which provides for service on counsel of record in accordance with the electronic filing protocols in place.

/s/ Samuel Ballard
Samuel Ballard

37782433