United States District Court
Southern District of Texas
**ENTERED**
August 19, 2020
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| PETROBRAS AMERICA, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | **Case No. 4:19-cv-01410** |
| | § | |
| SAMSUNG HEAVY INDUSTRIES CO., LTD., | § | |
| | § | |
| | § | |
| *Defendant*. | § | |

**ORDER GRANTING PLAINTIFF PETROBRAS AMERICA, INC.'S UNOPPOSED REQUEST FOR CERTIFICATION OF SUPPLEMENTAL RECORD ON APPEAL TO THE FIFTH CIRCUIT**

On this date, the Court considered Plaintiff Petrobras America, Inc.'s unopposed letter request for the following documents to be certified to the United States Court of Appeals for the Fifth Circuit as a supplement to the Record on Appeal (Dkt. No. 72):

1. Petrobras Form 20-F Annual Report, U.S. SEC. & EXCHANGE COMM'N (May 15, 2015), https://www.sec.gov/Archives/edgar/data/1119639/000129281415001242/pbraform20f_2014.htm (Dkt No. 72-1);
2. Caroline Stauffer, Another Former Petrobras Executive Charged in Brazil Scandal, REUTERS (Dec. 15, 2014), https://www.reuters.com/article/us-brazil-petrobras/another-former-petrobras-executive-charged-in-brazil-scandal-idUSKBN0JT1QY20141215 (Dkt. No. 72-2); and
3. Dom Phillips, 'Operation Carwash' in Brazil Causes Normally Staid Business Meeting to Go Off Script, WASH. POST (Nov. 17, 2014), https://www.washingtonpost.com/news/worldviews/wp/2014/11/17/operation-carwash-in-brazil-causes-normally-staid-business-meeting-to-go-off-script/ (Dkt. No. 72-3).

The request is GRANTED.

The Court will certify the above-listed documents to the Fifth Circuit as a supplement to Record on Appeal.

Date: August 19, 2020.

Lee H. Rosenthal

Hon. L. Rosenthal