# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

United States Courts
Southern District of Texas
FILED
*August 26, 2020*
David J. Bradley, Clerk of Court

August 26, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 20-20338 Petrobas America, Incorporated v. Samsung Heavy Industries Co.
USDC No. 4:19-CV-1410

Enclosed is an order entered in this case.

The court has considered the joint motion of Petrobas America, Incorporated and Samsung Heavy Industries Company, Limited to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for Petrobas America, Incorporated and Samsung Heavy Industries Company, Limited may obtain all ex parte documents *filed on behalf of* Petrobas America, Incorporated, Samsung Heavy Industries Company, Limited, and all other non ex parte documents in the record. The non-public and/or sealed materials from the record are for your review ONLY. The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.

Sincerely,

LYLE W. CAYCE, Clerk

By: ______________________
Shawn D. Henderson, Deputy Clerk
504-310-7668

Mr. Samuel Jonathan Leake Ballard
Mr. Daniel Bernstein
Mr. David J. Bradley
Mr. Eric J. Cassidy
Mr. Christopher Odell
Mr. Jonathan Joseph Walsh
Mr. David Weiner

# United States Court of Appeals for the Fifth Circuit

No. 20-20338

PETROBAS AMERICA, INCORPORATED,

*Plaintiff—Appellant*,

*versus*

SAMSUNG HEAVY INDUSTRIES COMPANY, LIMITED,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:19-CV-1410

ORDER:

IT IS ORDERED that the joint motion of the parties to view and obtain sealed documents is GRANTED.

EDITH H. JONES
*United States Circuit Judge*