**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

**CLERK OF COURT** www.txs.uscourts.gov

August 27, 2020

In re: Petrobras America, Inc. v. Samsung Heavy Industries Co., Ltd.
District Court No.: 4:19−cv−01410
Circuit Court No.: 20−20338

To Whom It May Concern:

Enclosed is the electronic record on CD for this Notice of Appeal. Please prepare your brief regarding this appeal using this copy of the paginated record.

Sealed documents are not included in the record being provided unless otherwise ordered. Requests for copies of sealed documents must be made by motion filed with the Fifth Circuit Court of Appeals.

David J. Bradley, Clerk

By: Juanita Tabares, Deputy Clerk