**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**

Petrobras America, Inc.

v. Case Number: 4:19−cv−01410

Samsung Heavy Industries Co., Ltd.

---

**NOTICE OF SETTING**

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:** by video
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 9/17/2021

**TIME:** 11:15 AM

**TYPE OF PROCEEDING:** Status Conference

Date: August 26, 2021

Nathan Ochsner, Clerk