United States Courts
Southern District of Texas
FILED
*September 02, 2021*
Nathan Ochsner, Clerk of Court

# United States Court of Appeals for the Fifth Circuit

Certified as a true copy and issued as the mandate on Sep 02, 2021

Attest: Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 11, 2021
Lyle W. Cayce
Clerk

No. 20-20338

PETROBRAS AMERICA, INCORPORATED,

*Plaintiff—Appellant*,

*versus*

SAMSUNG HEAVY INDUSTRIES COMPANY, LIMITED,

*Defendant—Appellee*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:19-CV-1410

Before ELROD, WILLETT, and ENGELHARDT, *Circuit Judges*.

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED and REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

# *United States Court of Appeals*

FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

September 02, 2021

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

No. 20-20338 Petrobras America v. Samsung Heavy
USDC No. 4:19-CV-1410

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

By: Dawn Shulin
Dawn M. Shulin, Deputy Clerk
504-310-7658

cc w/encl:
Mr. Daniel Bernstein
Mr. Eric J. Cassidy
Mr. Christopher Odell
Ms. Sally Pei
Mr. Jonathan Joseph Walsh
Mr. David Weiner