United States District Court
Southern District of Texas
**ENTERED**
September 15, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:19-cv-1410 |
|---|---|---|---|
| Petrobras America, Inc. | | | |
| *versus* | | | |
| Samsung Heavy Industries Co., Inc. | | | |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Grace E. Condro<br>Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, New York 10178-0061<br>(212) 696-6068; gcondro@curtis.com<br>New York State Bar No. 5531314<br>SDNY GC0827 / EDNY GC7254 |
|---|---|

| Name of party applicant seeks to appear for: | Petrobras America, Inc. |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes ______ No __X__

On a separate sheet for each sanction, please supply the full particulars.

| Dated:September 15, 2021 | Signed: [signature] |
|---|---|

The state bar reports that the applicant's status is: **Active**

| Dated: 09/15/2021 | Clerk's signature [signature] |
|---|---|

**Order**

This lawyer is admitted *pro hac vice*.

Dated: September 15, 2021

[signature]
United States District Judge