**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| PETROBRAS AMERICA, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | **Case No. 4:19-cv-01410** |
| | § | |
| SAMSUNG HEAVY INDUSTRIES CO., LTD., | § | |
| | § | |
| | § | |
| *Defendant*. | § | |

**ORDER GRANTING PLAINTIFF PETROBRAS AMERICA, INC.'S MOTION TO DISMISS DEFENDANT SAMSUNG HEAVY INDUSTRIES CO., LTD.'S COUNTERCLAIM**

On this date, the Court considered Plaintiff Petrobras America, Inc.'s Motion to Dismiss Defendant Samsung Heavy Industries Co., Ltd.'s Counterclaim, and the opposition thereto.

The Motion to Dismiss is GRANTED.

Samsung Heavy Industries Co., Ltd.'s Counterclaim is DISMISSED with prejudice.

Date: ____________________, 2021.

______________________________
Hon. L. Rosenthal