United States District Court
Southern District of Texas
**ENTERED**
July 28, 2022
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| PETROBRAS AMERICA, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | **Case No. 4:19-cv-01410** |
| | § | |
| SAMSUNG HEAVY INDUSTRIES CO., LTD., | § | |
| | § | |
| | § | |
| *Defendant*. | § | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED
MOTION FOR ALTERNATIVE SERVICE OF PROCESS**

The Court, having reviewed Plaintiff's Unopposed Motion for Alternative Service of Process, the evidence on file, and relevant law, hereby GRANTS the Motion.

It is therefore ORDERED that Plaintiff's Motion for Alternative Service of Process is GRANTED and Plaintiff may perfect service on Imran (Ron) Toufeeq by leaving a true copy of the subpoena to testify at a deposition in this action affixed to the front door of 731 Kuhlman Road, Houston, Texas 77024.

July 28 , 2022

Lee H. Rosenthal

Hon. L. Rosenthal