United States District Court
Southern District of Texas
**ENTERED**
August 03, 2022
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| PETROBRAS AMERICA, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | **Case No. 4:19-cv-01410** |
| | § | |
| SAMSUNG HEAVY INDUSTRIES CO., LTD., | § | |
| | § | |
| | § | |
| *Defendant*. | § | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY TO DEFENDANT'S SUPPLEMENTAL BRIEFS ON THE APPLICABLE STATUTE OF LIMITATIONS TO THE COUNTERCLAIM**

Having considered Petrobras America, Inc. ("Petrobras")'s motion for leave to file its Reply to Defendant's Supplemental Briefs on the Applicable Statute of Limitations to the Counterclaim ("Reply"), and all arguments of counsel in support of and opposition to the motion, it is the opinion of the Court that the motion should be granted.

It is therefore ORDERED that the motion is granted, and the Court will accept the Reply for filing in connection with Petrobras's motion to dismiss Samsung Heavy Industries Co., Ltd.'s counterclaim.

Hon. Lee H. Rosenthal
Chief United States District Judge

August 03, 2022