United States District Court
Southern District of Texas
**ENTERED**
September 02, 2022
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| PETROBRAS AMERICA, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. H-19-1410 |
| | § | |
| SAMSUNG HEAVY INDUSTRIES CO., LTD., | § | |
| | § | |
| Defendant. | § | |

**ORDER**

The court grants Petrobras America, Inc.'s Motion for Extension of Time to Answer Defendant Samsung Heavy Industries, Co., Ltd.'s Counterclaim. (Docket Entry No. 133). Petrobras must answer by **September 16, 2022**.

SIGNED on September 2, 2022, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge