United States District Court
Southern District of Texas
**ENTERED**
November 09, 2022
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| PETROBRAS AMERICA, INC., | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-19-1410 |
| | § | |
| SAMSUNG HEAVY INDUSTRIES, CO., LTD., | § | |
| | § | |
| Defendant. | § | |

**ORDER**

Samsung has submitted a proposed order reflecting the court's rulings at the October 26, 2022, premotion conference, at which the court heard the parties' disputes regarding, among other things, Petrobras's response to Samsung's requests for production numbers 9, 10, and 11.

Petrobras objects to the proposed order to the extent it requires the production of two categories of documents from *EIG Energy Fund XIV, L.P. v. Petróleo Brasiliero S.A.*, No. 1:16-cv-00333-APM (D.D.C.). The categories are: 1) documents produced by the plaintiff, EIG; and 2) documents designated as "confidential" in that action. (Docket Entry No. 156 at 1).

The court agrees with Samsung that neither the rulings at the premotion conference or the proposed order prevents the parties from engaging in additional meet-and-confers about the scope of the required production or prohibits the parties from seeking further relief. Nor does the proposed order preclude EIG from asserting any objections to the production of documents from the District of Columbia litigation.

The court will therefore enter the proposed order.

SIGNED on November 9, 2022, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge