United States District Court
Southern District of Texas
**ENTERED**
November 09, 2022
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **PETROBRAS AMERICA, INC.,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Case No. 4:19-cv-01410** |
| | § | |
| **SAMSUNG HEAVY INDUSTRIES CO., LTD.,** | § | |
| | § | |
| | § | |
| *Defendant.* | § | |

**ORDER GRANTING IN PART SAMSUNG HEAVY INDUSTRIES CO., LTD.'S REQUESTS REGARDING PETROBRAS AMERICA, INC.'S RESPONSES TO REQUESTS FOR PRODUCTION NUMBER 9, 10, AND 11**

Having considered Defendant Samsung Heavy Industries Co., Ltd.'s ("SHI's") October 1, 2022 pre-motion conference letter (Doc No. 146) requests concerning Plaintiff Petrobras America, Inc.'s ("Petrobras's") responses to SHI's requests for production and all arguments of counsel, it is the opinion of the Court that SHI's requests should be and are granted in part as follows:

Petrobras shall produce all documents responsive to SHI's request for production number 11, including documents from its litigation database in *EIG Energy Fund XIV, L.P. v. Petróleo Brasileiro S.A.*, No. 1:16-cv-00333-APM (D.D.C.), within forty-five (45) days of the issuance of this order.

With respect to Petrobras's production of documents from its arbitration with Vantage Drilling Company in response to SHI's request for production number 9, the Court declines to rule on SHI's request at this time but will permit SHI to revisit its request with the Court after reviewing Petrobras's document production in response to request number 11 as ordered above.

With respect to SHI's request for production number 10 seeking Petrobras's document productions in *In re Petrobras Secs. Litig.*, No. 1:14-cv-09662-JSR (S.D.N.Y.), the Court orders the parties to confer in good faith regarding the scope of such production, taking into consideration the feasibility of more limited, initial productions. SHI shall bear the reasonable costs and expenses of such production to the extent SHI wishes to move forward with a production that requires restoring the securities litigation database.

Nothing in this order prevents the parties from agreeing to expand or narrow the scope of document productions required by this order.

Entered on this 9th day of November, 2022.

Lee H. Rosenthal

**Honorable Lee H. Rosenthal**
Chief United States District Judge