United States District Court
Southern District of Texas
**ENTERED**
November 23, 2022
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| PETROBRAS AMERICA, INC., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | **Case No. 4:19-cv-01410** |
| | § | |
| SAMSUNG HEAVY INDUSTRIES CO., LTD., | § | |
| | § | |
| | § | |
| *Defendant*. | § | |

**ORDER GRANTING PLAINTIFF PETROBRAS AMERICA, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO DESIGNATE EXPERT WITNESSES IN WRITING AND PROVIDE THE REPORT REQUIRED UNDER RULE 26(a)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

On this date, the Court considered Plaintiff Petrobras America, Inc.'s ("PAI") Unopposed Motion to Extend the Time to Designate Expert Witnesses in Writing and Provide the Report Required under Rule 26(a)(2) of the Federal Rules of Civil Procedure.

The Motion is GRANTED.

The Court hereby amends the portions below of its Scheduling and Docket Control Order dated September 17, 2021, as amended on October 6, 2022, to read as follows:

| | | |
|---|---|---|
| 5a. | November 22, 2022 | **EXPERTS ON MATTERS OTHER THAN ATTORNEY'S FEES**<br>The plaintiff (or the party with the burden of proof on an issue) will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure. |
| 5b. | January 13, 2023 | The opposing party will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure. |

| | | |
|---|---|---|
| 5c. | February 22, 2023 | **COMPLETION OF EXPERT DISCOVERY**<br>Written discovery requests are not timely if they are filed so close to this deadline that under the Federal Rules of Civil Procedure the response would not be due until after the deadline. |

Date: November 22, 2022

Lee H. Rosenthal

Hon. Lee Rosenthal