United States District Court
Southern District of Texas
**ENTERED**
January 13, 2023
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **PETROBRAS AMERICA, INC.,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Case No. 4:19-cv-01410** |
| | § | |
| **SAMSUNG HEAVY INDUSTRIES CO., LTD.,** | § | |
| | § | |
| | § | |
| *Defendant.* | § | |

**ORDER GRANTING SAMSUNG HEAVY INDUSTRIES CO., LTD.'S UNOPPOSED MOTION FOR EXTENSION OF EXPERT DISCOVERY DEADLINES**

On this date, the Court considered Defendant Samsung Heavy Industries Co., Ltd.'s ("SHI") Unopposed Motion for Extension of Expert Discovery Deadlines.

In light of the parties' agreement, the Motion is GRANTED.

The Court hereby amends the portions below of its Scheduling and Docket Control Order dated September 17, 2021, as amended November 22, 2022, to read as follows:

| | |
|---|---|
| 5b. February 1, 2023 | The opposing party will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure. |
| 5c. March 13, 2023 | **COMPLETION OF EXPERT DISCOVERY** Written discovery requests are not timely if they are filed so close to this deadline that under the Federal Rules of Civil Procedure the response would not be due until after the deadline. |

During expert discovery, the parties' experts may subsequently amend or supplement their reports with the testimony of Fernando Gama, Pedro Albuquerque, and Vantage Energy Services Inc. that occurred after December 31, 2022, or with documents and interrogatory responses produced by Petrobras in response to SHI's discovery requests to the extent those documents and responses

were due under a discovery deadline by December 31, 2022, and SHI consents to Petrobras producing them after that deadline.

Date: January 13, 2023

Lee H. Rosenthal

Hon. Lee Rosenthal