United States District Court
Southern District of Texas
**ENTERED**
February 21, 2023
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| PETROBRAS AMERICA, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-19-1410 |
| | § | |
| SAMSUNG HEAVY INDUSTRIES, CO., LTD., | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER**

The court grants the parties' unopposed motions for leave to extend the page limit for their motions for summary judgment. (Docket Entry Nos. 170, 171). The parties' motions for summary judgment must not exceed 50 pages.

Additionally, the court orders that the parties are each limited to one motion for summary judgment. Serial motions for partial summary judgment at this stage do not seem necessary. To the extent that Petrobras's motion to for leave to extend, (Docket Entry No. 171), seeks leave to file a second motion for summary judgment, the motion is denied.

SIGNED on February 21, 2023, at Houston, Texas.

Lee H. Rosenthal
United States District Judge