United States District Court
Southern District of Texas
**ENTERED**
March 01, 2023
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **PETROBRAS AMERICA, INC.,**<br><br>***Plaintiff and Counterclaim-Defendant,***<br><br>**v.**<br><br>**SAMSUNG HEAVY INDUSTRIES CO., LTD.,**<br><br>***Defendant and Counterclaim-Plaintiff.*** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No. 4:19-cv-01410** |

**<u>ORDER ON JOINT MOTION TO FILE DOCUMENTS OUT OF TIME</u>**

Before the Court is the Parties' Joint Motion to File Documents Out of Time. Having considered the joint motion, the Court hereby GRANTS the Parties' request to allow the filing out of time of Plaintiff Petrobras America, Inc.'s exhibits to its Motion for Summary Judgment [ECF 182] and Defendant Samsung Heavy Industries Co. Ltd.'s Motion for Summary Judgment [ECF 181].

Signed this 1st day of March, 2023.

BY THE COURT

Lee H. Rosenthal

Honorable Lee H. Rosenthal
United States District Court Judge