United States District Court
Southern District of Texas
**ENTERED**
August 11, 2023
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| PETROBRAS AMERICA, INC., | § | |
| | § | |
| Plaintiff and Counterclaim Defendant, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-19-1410 |
| | § | |
| SAMSUNG HEAVY INDUSTRIES, CO., LTD., | § | |
| | § | |
| | § | |
| Defendant and Counterclaimant. | § | |

# FINAL JUDGMENT

In accordance with the court's memorandum and opinion, the parties' claims and counterclaims are dismissed with prejudice. Each party is to bear its own costs and fees.

SIGNED on August 11, 2023, at Houston, Texas.

Lee H. Rosenthal
United States District Judge