IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PETROBRAS AMERICA, INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 4:19-cv-01410 |
| SAMSUNG HEAVY INDUSTRIES CO., LTD., | § § § § | |
| *Defendant*. | § § | |

**NOTICE OF APPEAL
BY PLAINTIFF PETROBRAS AMERICA, INC.**

Notice is hereby given that Petrobras America, Inc., plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the final judgment (Docket Entry No. 235), granting defendant Samsung Heavy Industries Co., Ltd.'s motion for summary judgment and denying in part plaintiff's motion for summary judgment, entered in this action on the 11th day of August 2023. Plaintiff appeals from the final judgment with respect to the dismissal of plaintiff's claims under the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. §§ 1962(c) and 1962(d).

| | |
|---|---|
| Dated:  September 8, 2023<br>Houston, Texas | CURTIS, MALLET-PREVOST,<br>COLT & MOSLE LLP |

By: */s/ Eric J. Cassidy*
Eric J. Cassidy
Tex. Bar No. 24031807
S.D. Bar No. 30001
CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP
2 Houston Center
909 Fannin Street, Suite 3800
Houston, Texas 77010
Tel. (713) 759-9555
ecassidy@curtis.com

Jonathan J. Walsh (*pro hac vice*)
Robert B. Garcia (*pro hac vice*)
Felix Gilman (*pro hac vice*)
Grace Condro (*pro hac vice*)
Sylvi Sareva (*pro hac vice*)
CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178
Tel. (212) 696-6000
jwalsh@curtis.com
robert.garcia@curtis.com
fgilman@curtis.com
gcondro@curtis.com
ssareva@curtis.com

*Attorneys for Plaintiff Petrobras America, Inc.*

## CERTIFICATE OF SERVICE

I certify that this document was filed pursuant to the electronic filing requirements of the U.S. District Court, Southern District of Texas, on September 8, 2023, which provides for service on counsel of record in accordance with the electronic filing protocols in place.

/s/ Jonathan J. Walsh
Jonathan J. Walsh