Southern District of Texas
FILED
October 30, 2023
Nathan Ochsner, Clerk of Cou

# United States Court of Appeals for the Fifth Circuit

No. 23-20448

PETROBRAS AMERICA, INCORPORATED,

*Plaintiff—Appellant/Cross-Appellee,*

*versus*

SAMSUNG HEAVY INDUSTRIES COMPANY, LIMITED,

*Defendant—Appellee/Cross-Appellant.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:19-CV-1410

ORDER:

IT IS ORDERED that the joint stipulation of the parties to view and obtain all sealed documents is GRANTED.

Edith Brown Clement

EDITH BROWN CLEMENT
*United States Circuit Judge*

# United States Court of Appeals

FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

October 30, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 23-20448 Petrobras v. Samsung Heavy Indust
USDC No. 4:19-CV-1410

Enclosed is an order entered in this case.

The court has considered the joint stipulation of Appellee Samsung Heavy Industries Company, Limited, and Appellant Petrobras America, Incorporated to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for Samsung Heavy Industries Company, Limited, and Petrobras America, Incorporated may obtain all ex parte documents *filed on behalf of* Samsung Heavy Industries Company, Limited, and Petrobras America, Incorporated, and all other non ex parte documents in the record.

Sincerely,

LYLE W. CAYCE, Clerk

Dantrell Johnson

By: ______________________
Dantrell L. Johnson, Deputy Clerk
504-310-7689

Mr. Daniel Bernstein
Mr. Eric J. Cassidy
Ms. Grace Condro
Mr. Robert Brian Garcia
Mr. Felix Gilman
Mr. Ryan Patrick Hartman
Mr. Joshua McCollum
Mr. Nathan Ochsner
Mr. Christopher Odell
Ms. Sylvi Sareva
Mr. Jonathan Joseph Walsh
Mr. David Weiner

**P.S. to Mr. Walsh and Mr. Odell:** The non-public and/or sealed materials from the record are for your review ONLY. The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.