United States Courts
Southern District of Texas
FILED
*September 16, 2024*
Nathan Ochsner, Clerk of Court

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 7, 2024
Lyle W. Cayce
Clerk

No. 23-20448

PETROBRAS AMERICA, INCORPORATED,

*Plaintiff—Appellant/Cross-Appellee,*

*versus*

SAMSUNG HEAVY INDUSTRIES COMPANY, LIMITED,

*Defendant—Appellee/Cross-Appellant.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:19-CV-1410

Before JONES, SMITH, and HO, *Circuit Judges*.

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that each party to bear its own costs on appeal.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.

**Certified as a true copy and issued as the mandate on Sep 16, 2024**

**Attest:** Lyle W. Cayce
**Clerk, U.S. Court of Appeals, Fifth Circuit**

***United States Court of Appeals***
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 16, 2024

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

No. 23-20448 Petrobras v. Samsung Heavy Indust
USDC No. 4:19-CV-1410

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

By: _______________________
Angelique B. Tardie, Deputy Clerk
504-310-7715

cc: (letter only)
Mr. Daniel Bernstein
Mr. Eric J. Cassidy
Ms. Grace Condro
Mr. Robert Brian Garcia
Mr. Felix Gilman
Mr. Ryan Patrick Hartman
Mr. Joshua McCollum
Mr. Christopher Odell
Ms. Sylvi Sareva
Mr. Jonathan Joseph Walsh
Mr. David Weiner