United States Courts
Southern District of Texas
FILED
*September 16, 2024*
Nathan Ochsner, Clerk of Court

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 7, 2024
Lyle W. Cayce
Clerk

---

No. 23-20448

---

PETROBRAS AMERICA, INCORPORATED,

*Plaintiff—Appellant/Cross-Appellee*,

*versus*

SAMSUNG HEAVY INDUSTRIES COMPANY, LIMITED,

*Defendant—Appellee/Cross-Appellant*.

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:19-CV-1410

---

Before JONES, SMITH, and HO, *Circuit Judges*.

PER CURIAM:*

We have carefully considered this appeal in light of the briefs, the record, and oral argument. Having done so we find no error that would affect the judgment of the district court. We therefore affirm essentially for the reasons stated in the district court's opinion.

---

* This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.