# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

United States Courts
Southern District of Texas
FILED
*January 13, 2025*
Nathan Ochsner, Clerk of Court

**Scott S. Harris**
**Clerk of the Court**
**(202) 479-3011**

January 13, 2025

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

U.S. COURT OF APPEALS
RECEIVED
JAN 13 2024
FIFTH CIRCUIT

Re: Petrobras America, Incorporated
v. Samsung Heavy Industries Company, Limited
No. 24-629
(Your No. 23-20448)
4:19-CV-1410

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris

**Scott S. Harris**, Clerk

# *United States Court of Appeals*

FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130


January 13, 2025

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

No. 23-20448 Petrobras v. Samsung Heavy Indust
USDC No. 4:19-CV-1410

Dear Mr. Ochsner,

We have received the Supreme Court order denying certiorari. We previously sent you the judgment issued as mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: ______________________
Sean Hannan, Deputy Clerk